IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>   Plaintiff,<br><br>  v.<br><br>Zeidan Ghazi, Individually and d/b/a Zee's Quality Motors; Ronald L. Garibaldi; Ryan Garibaldi,<br><br>   Defendants.<br>_____ | 2:12-cv-00153-GEB-DAD<br><br><u>ORDER RE: SETTLEMENT AND DISPOSITION</u> |

   Plaintiff filed a "Notice of Settlement" on March 27, 2012, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 7.)

   Therefore, a dispositional document shall be filed no later than April 27, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

   Further, the Status Conference scheduled for hearing on April 23, 2012, is continued to May 21, 2012, commencing at 9:00 a.m., in the event no dispositional document is filed, or if this action is not

1

1 | otherwise dismissed.[1]  A joint status report shall be filed fourteen (14)
2 | days prior to the Status Conference.
3 |   IT IS SO ORDERED.
4 | Dated:  March 28, 2012

          _____
          GARLAND E. BURRELL, JR.
          United States District Judge

---

[1] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).